

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00138-CV

**IN THE INTEREST OF E.D.D., III**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02283
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. Counsel's motion to withdraw is DENIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 7, 2019.

_____
Irene Rios, Justice